IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-00232 |
| ) | JUDGE HAYNES |
| THOMAS WALTER ANDERSON, JR., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the Defendant's motion to modify halfway house conditions (Docket Entry No. 44). Pursuant to 18 U.S.C. § 3583(e)(2) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, Defendant Thomas Walter Anderson, Jr., is seeking to eliminate the community confinement condition for his supervised release.

United States Probation Officer does not take a position on this motion and the Government has not filed any opposition.

Accordingly, the Defendant's motion to modify is **GRANTED** to eliminate the community confinement condition effective upon the date of this Order.

It is so **ORDERED**.

ENTERED this the 10th day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court